UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re RENAISSANCERE HOLDINGS LTD. SECURITIES LITIGATION | : : : : : : : : : | Master File No. 1:05-cv-06764-WHP<br><br>CLASS ACTION<br><br>NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| This Document Relates To:<br><br>   ALL ACTIONS. | | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior proceedings had herein, Lead Plaintiffs, by and through their attorneys, hereby move the Court, before the Honorable William H. Pauley, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2210, New York, NY 10007, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).  Lead Plaintiffs respectfully request that the Court hold a hearing as soon as counsel may be heard, to hear this motion.

DATED:  April 16, 2007      Respectfully submitted,

             LERACH COUGHLIN STOIA GELLER
               RUDMAN & ROBBINS LLP
             SAMUEL H. RUDMAN (SR-7957)
             DAVID A. ROSENFELD (DR-7564)
             MARIO ALBA, JR. (MA-7240)

                s/ Samuel H. Rudman
              SAMUEL H. RUDMAN

             58 South Service Road, Suite 200
             Melville, NY  11747
             Telephone:  631/367-7100
             631/367-1173 (fax)

             LERACH COUGHLIN STOIA GELLER
               RUDMAN & ROBBINS LLP
             WILLIAM S. LERACH
             DARREN J. ROBBINS
             ELLEN GUSIKOFF STEWART
             655 West Broadway, Suite 1900
             San Diego, CA  92101
             Telephone:  619/231-1058
             619/231-7423 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
MARC A. TOPAZ
RICHARD A. MANISKAS
TAMARA SKVIRSKY
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\RenaissanceRe.set\NOT PREL APPROVAL 00041007.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2007.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:SRudman@lerachlaw.com

# Mailing Information for a Case 1:05-cv-06764-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@lerachlaw.com,drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com

- **George T Conway , III**
  GTConway@wlrk.com

- **Ken Laves Hashimoto**
  ken_hashimoto@aporter.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **James D. Mathias**
  james.mathias@dlapiper.com

- **Steven Robert Paradise**
  sparadise@velaw.com

- **Jonathan M. Plasse**
  jplasse@labaton.com,electroniccasefiling@labaton.com

- **Samuel Howard Rudman**
  srudman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Shelley Thompson**
  sthompson@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Anne P. Davis
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
```

Lummis, Merritt, Riker and Stanard
,

**Scott B. Schreiber**
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206

**Robert Alexander Schwartz**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206