UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re RENAISSANCERE HOLDINGS LTD. SECURITIES LITIGATION | : : : : : : : : : : | Master File No. 1:05-cv-06764-WHP <br><br> **ELECTRONICALLY FILED** <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES |
| This Document Relates To: <br><br>    ALL ACTIONS. | | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 11, 2008, at 12:00 p.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable William H. Pauley III, United States District Judge, Lead Plaintiffs will and hereby move for orders and/or judgments (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Co-Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses. Lead Plaintiffs' motion is based upon the Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, the Declarations of counsel submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiffs' application or at the hearing on Lead Plaintiffs' motion.

DATED: January 4, 2008            Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
DAVID KESSLER
KAY E. SICKLES
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\RenaissanceRe.set\MTN FINAL APPROVAL 00048163.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents *via* the United States Postal Service to the non-CM/ECF participants.

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP


  s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  SRUDMAN@csgrr.com

# Mailing Information for a Case 1:05-cv-06764-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com

- **George T Conway , III**
  GTConway@wlrk.com

- **Ken Laves Hashimoto**
  ken_hashimoto@aporter.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **James D. Mathias**
  james.mathias@dlapiper.com

- **Steven Robert Paradise**
  sparadise@velaw.com

- **Jonathan M. Plasse**
  jplasse@labaton.com,electroniccasefiling@labaton.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Kay E Sickles**
  ksickles@sbtklaw.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Shelley Thompson**
  sthompson@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Anne P. Davis
Arnold & Porter LLP
```

555 Twelfth Street, NW
Washington, DC 20004-1206

**Lummis, Merritt, Riker and Stanard**
,

**Scott B. Schreiber**
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206

**Robert Alexander Schwartz**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206