UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re RENAISSANCERE HOLDINGS LTD. SECURITIES LITIGATION | : : : : | Master File No. 1:05-cv-06764-WHP <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : | DECLARATION OF ELLEN GUSIKOFF STEWART RE SUPPLEMENTAL MAILING |

I, ELLEN GUSIKOFF STEWART, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I have been admitted to practice before this Court *pro hac vice* for purposes of this litigation. I submit this declaration in order to provide the Court with updated information concerning the status of Class Member responses to the supplemental notice mailing ordered by the Court in its May 13, 2008 Order. I have personal knowledge of the information set forth herein and if called as a witness, could and would testify competently to the information contained herein.

2. As set forth in the accompanying Affidavit of Michelle M. La Count, Esq., submitted herewith, pursuant to the Court's May 13, 2008 Order, a total of 8,332 Revised Claim Packets were sent to putative Class Members who did not previously receive the Notice and Proof of Claim form. The Revised Notice indicated that Class Members had until July 14, 2008 to object to any aspect of the Settlement. The objections were to be sent to my attention. That date has now passed, and I have not received any objections or any other communications from Class Members in response to that mailing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2008, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART

S:\Settlement\RenaissanceRe.set\DEC EGS SUPPL 00053037.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2008.

        s/ Ellen Gusikoff Stewart
        ELLEN GUSIKOFF STEWART
        COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
        100 Pine Street, 26th Floor
        San Francisco, CA 94111
        Telephone: 415/288-4545
        415/288-4534 (fax)

        E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:05-cv-06764-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com

- **George T Conway , III**
  GTConway@wlrk.com,CAlert@wlrk.com

- **Ken Laves Hashimoto**
  ken_hashimoto@aporter.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **James D. Mathias**
  james.mathias@dlapiper.com

- **Steven Robert Paradise**
  sparadise@velaw.com

- **Jonathan M. Plasse**
  jplasse@labaton.com,electroniccasefiling@labaton.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Kay E Sickles**
  ksickles@sbtklaw.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Michael K. Yarnoff**
  myarnoff@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Anne P. Davis**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

**Lummis, Merritt, Riker and Stanard**
,

**Scott B. Schreiber**
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206

**Robert Alexander Schwartz**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

**Shelley Thompson**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Manual Service List
*In re RenaissanceRe Holdings LTD. Securities Litigation*
Case No. 1:05-cv-06764-WHP

Robert Plotkin
McGuire Woods LLP
1050 Connecticut Avenue, N.W., Suite 1200
Washington, DC  20036